FILED
Oct 8  2 07 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HUGH ROBINSON | : | CASE NO: 303CV950 (PCD) |
| Plaintiff | : | |
| V. | : | |
| BELMORE H. BROWNE | : | |
| ISABEL BROWNE DRISCOLL | : | |
| Defendants | : | October 7, 2003 |

### PLAINTIFF'S SECOND MOTION OF EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

The Plaintiff requests an extension of time to October 24, 2003, to serve responses to the Defendants' first set of Interrogatories and Requests for Production of Documents.

Additional time is necessary because the case at bar requires accounting for numerous items of personal property and artwork. To date, the fiduciaries of the Plaintiff have prepared an extensive accounting of numerous pieces of artwork which have been sold. The fiduciaries are in the process of updating an inventory of additional items of artwork, furniture and memorabilia of the estate of the late

1

10/15/03. GRANTED. Based on counsel's representation, plaintiff's motion for extension of time until 10/24/03 to file a response to defendants' first set of interrogatories & requests for production is hereby granted. SO ORDERED.

Peter C. Dorsey, Senior, U.S.D.J.