

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HUGH ROBINSON | : | CASE NO: 303CV950 (PCD) |
| Plaintiff | : | |
| V. | : | |
| BELMORE H. BROWNE | : | |
| ISABEL BROWNE DRISCOLL | : | |
| Defendants | : | October 7, 2003 |

### STIPULATION TO SUBSTITUTE PARTY PLAINTIFFS

The defendants in this action hereby stipulate that MacGregor Robinson, in care of Trinity Pawling School, 700 Route 22, Pawling, New York and Guy A. Peterson, P.O. Box 348, Washington Depot, Connecticut may be substituted as the plaintiffs in the above captioned action. The following representations are made in support of this stipulation:

1. The plaintiff Hugh Robinson passed away on August 23, 2003.

2. On September 18, 2003, MacGregor Robinson and Guy A. Peterson were appointed as the co-executors of the estate of Hugh Robinson by Linda F.

1

Riiska, Judge of Probate for the District of Norfolk, Connecticut. A photocopy of the decree granting Probate of Will is annexed hereto.

3. Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the parties hereto stipulate that MacGregor Robinson and Guy A. Peterson, as legal representatives of the deceased party, be made plaintiffs in the above-captioned action.

The Plaintiff

By: *Barbara Miller*
Barbara S. Miller
Fed. Bar No. ct07178
Brody, Wilkinson and Ober, P.C.
2507 Post Road
Southport, CT 06890
(203) 319-7100
(203) 254-1772
Their Attorneys

2

                The Defendants

By: _____
                Eric P. Smith, Esq.
                Fed. Bar No. ct16141
                Lynch, Traub, Keefe & Errante
                52 Trumbull Street
                P.O. Box 1612
                New Haven, CT 06506-1652

## Certification of Service

This is to certify that the foregoing was mailed, postage prepaid this

7th day of October, 2003 to the following:

Robert W. Lynch, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1652

Eric P. Smith, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1652


By: _____
    Barbara S. Miller


H:\A\Robinson.H\Lit\stipulation.to.substitute.party.plaintiff

4