FILED
Nov 10  11 19 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MACGREGOR ROBINSON and GUY PETERSON, Co-Executors | : : : : | |
| Plaintiffs | : : | |
| V. | : : : | |
| BELMORE H. BROWNE ISABEL BROWNE DRISCOLL | : : : : | CIVIL ACTION NO: 3:03-CV-950 (PCD) |
| Defendants | : | November 7, 2003 |

### Motion To Extend Time To Complete Discovery And Modify Scheduling Order

The Plaintiffs, with the consent of the Defendants, move to extend the time in which to complete pretrial discovery and to modify the Scheduling Order as follows:

I.   Factual Background

This action was brought by the late Hugh Robinson against his two step-children, the defendants. Mr. Robinson claimed that he had inherited certain real and personal property from his late wife who was the mother of the defendants. He alleged that the defendants wrongfully claimed an interest in some or all of the

1

real and personal property left to him by his wife. The defendants filed a counterclaim alleging an interest in such real and personal property as well as an alleged breach of an agreement by Mr. Robinson. Mr. Robinson passed away on August 23, 2003.

II.     Agreement to Mediate

Subsequent to Mr. Robinson's death and the plaintiffs' responses to the defendants' first set of interrogatories and request for production, the parties agreed in principal to attempt to resolve the plaintiffs' complaint and the defendants' counterclaim by private mediation. The parties believe that due to the numerous objects of personal property at issue as well as questions relating to valuation of the real and personal property at issue, the parties' differences may be best resolved in a private mediation. The parties are in the process of selecting a mediator. In addition, the parties are waiting for the completion of an appraisal of the personal property in the late Mr. Robinson's possession at the time of his death.

III.  Relief Requested

The plaintiffs request that the scheduling order as set forth in the Court's approval dated August 6, 2003 of the parties' Planning Meeting Report be modified to reflect the following extension of time:

    A.    Completion of discovery: extend from November 28, 2003 to March 26, 2004.

    B.    Designation of experts, delivery of reports and deposition of experts: plaintiffs' experts from five months of filing complaint to ten months; defendants' experts - extend from six months of filing complaint to eleven months.

    C.    Damage analysis: extend from eight months of filing complaint to one year.

    D.    Dispositive motions: extend from seven months of filing complaint to one year.

    E.    Joinder of parties to counterclaim by defendants (counterclaim plaintiffs): extend from sixty days from filing counterclaim to eight months.

Counsel for the defendants agree to and join in this request.

This is the first request for an extension of time to complete discovery and for modification of scheduling order.

The Plaintiffs
MacGregor Robinson and
Guy Peterson, Co-Executors


By: *[signature]*
Barbara S. Miller
Fed. Bar No. ct07178
Brody, Wilkinson and Ober, P.C.
2507 Post Road
Southport, CT 06890
(203) 319-7100
(203) 254-1772

## CERTIFICATION

This shall certify that a copy of the foregoing was served via Federal Express on November 7, 2003 as follows:

Eric P. Smith, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1652

Robert W. Lynch, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1652

*Barbara Smith*
Barbara S. Miller

H:\A\Robinson.H\Lit\motion.to.extend.time.to.complete.discover.11-07-03.wpd