*November 17, 2003. Denied. As noted, this is a case much more appropriately resolved by mediation. The parties are given 30 days to select a mediator and jointly report to the Court by Resolution. The parties shall report to the Court as to the status of the mediation on or before February 16, 2003. Absent resolution, substantial progress leading to a short pretrial schedule will be set (this is not justifiable beyond a complicated matter).*

FILED
Nov 10  11 19 AM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MACGREGOR ROBINSON       :
and GUY PETERSON,        :
Co-Executors             :
                         :
     Plaintiffs          :
                         :
V.                       :
                         :
                         :  CIVIL ACTION NO: 3:03-CV-950
BELMORE H. BROWNE        :                    (PCD)
ISABEL BROWNE DRISCOLL   :
                         :
     Defendants          :  November 7, 2003

## Motion To Extend Time To Complete Discovery And Modify Scheduling Order

The Plaintiffs, with the consent of the Defendants, move to extend the time in which to complete pretrial discovery and to modify the Scheduling Order as follows:

I.   Factual Background

This action was brought by the late Hugh Robinson against his two step-children, the defendants. Mr. Robinson claimed that he had inherited certain real and personal property from his late wife who was the mother of the defendants. He alleged that the defendants wrongfully claimed an interest in some or all of the

1