*FILED*

*Dec 12  3 52 PM '03*

*U.S. DISTRICT COURT NEW HAVEN, CONN*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MACGREGOR ROBINSON and | : | |
| GUY PETERSON, | : | |
| co-executors, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:03-CV-950 (PCD) |
| | : | |
| V. | : | |
| | : | |
| BELMORE H. BROWNE and | : | |
| ISABEL BROWNE DRISCOLL, | : | |
| | : | |
| Defendants. | : | DECEMBER 11, 2003 |

## MOTION TO POSTPONE
## SETTLEMENT/STATUS CONFERENCE

With the consent and support of the plaintiffs, the
defendants respectfully move that the court postpone the January
9, 2004 status/settlement conference for just a short time so
that the parties may complete their attempts to resolve this
case by way of mediation.

Pursuant to the Court's November 17, 2003 order denying the
November 7 Motion to Extend Time to Complete Discovery, the

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\20000-20499\20120 B. BROWNE\001 ROBINSON V.BROWNE\MOTION EXTEND TIME RE PT 12-11-03.DOC

-1-

parties have selected a private mediator (Beverly Hodgson,

former judge of the Superior Court) and scheduled two mediations

sessions: January 6 and January 14.  If the parties are

unsuccessful in reaching a settlement by the conclusion of

January 14, a settlement/status conference with the Court's

parajudicial officer would be helpful shortly thereafter because

the mediation proceedings should narrow the issues and assist

the parties in defining the scope of the remaining discovery.

Respectfully submitted,
THE DEFENDANTS,

BY: _____

ERIC P. SMITH, ESQ.
Ct16141

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278
W:\20000-20499\20120 B. BROWNE\001 ROBINSON V.BROWNE\MOTION EXTEND TIME RE PT 12-11-03.DOC
-2-

## CERTIFICATION OF SERVICE

A copy of the foregoing motion was served by first class mail, postage prepaid, on December 11, 2003 to all counsel of record as follows:

Barbara S. Miller, Esq.
Brophy, Wilkinson & Ober
2507 Post Road
Southport, CT 06490

_____
Eric P. Smith ct16141