UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MACGREGOR ROBINSON | : |
| | : |
| VS. | :     CASE NO. 3:03CV950 (PCD) |
| | : |
| BELMORE H. BROWNE | : |

## ENDORSEMENT ORDER

The Motion to Postpone Settlement/Status Conference, document no. 18, is GRANTED.

The conference is rescheduled to Friday, February 6, 2004, at 11:30 a.m. with PJO Schancupp.

SO ORDERED. Dated at New Haven, Connecticut, this 13th day of January, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court