UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MACGREGOR ROBINSON and GUY PETERSON, co-executors, | : |
| Plaintiffs, | : CIVIL ACTION NO. : 3:03-CV-950 (PCD) |
| V. | : |
| BELMORE H. BROWNE and ISABEL BROWNE DRISCOLL, | : |
| Defendants. | : JANUARY 16, 2004 |

### MOTION FOR ENLARGEMENT OF MEDIATION PERIOD, FOR EXTENSION OF SCHEDULING ORDER AND TO POSTPONE SETTLEMENT/STATUS CONFERENCE

With the consent and support of the plaintiffs, the defendants respectfully move that the court postpone the February 6, 2004 status/settlement conference and extend the February 16, 2004 reporting deadline contained in the Amended Scheduling Order to March 19, 2004 so that the parties may complete their on-going and good faith attempts to resolve this case by way of mediation.

The parties have already completed two lengthy private mediations sessions before Probate Judge Robert Killian during which they resolved some issues and narrowed many others. The parties are attempting to resolve the balance of their disputes through on-going negotiations with the assistance of Judge Killian and remain cautiously optimistic in that regard. The defendants will be conducting three site inspections in February, after which the parties plan to submit to a third and final mediation session. Following the final mediation session, and assuming success, the parties will need to draft a comprehensive settlement agreement.

If the parties are unsuccessful in reaching a final and global settlement by March 19, 2004, a settlement/status conference with the Court's parajudicial officer would be helpful in defining the scope of the remaining discovery.

Respectfully submitted,
THE DEFENDANTS,

BY: _____
ERIC P. SMITH, ESQ.
Ct16141

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\20000-20499\20120 B. BROWNE\001 ROBINSON V.BROWNE\MOTION EXTEND TIME RE PT 1-16-04.DOC
-2-

CERTIFICATION OF SERVICE

A copy of the foregoing motion was served by first class mail, postage prepaid, on January 16, 2004 to all counsel of record as follows:

Barbara S. Miller, Esq.
Brophy, Wilkinson & Ober
2507 Post Road
Southport, CT 06490

_____
Eric P. Smith ct16141

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\20000-20499\20120 B. BROWNE\001 ROBINSON V. BROWNE\MOTION EXTEND TIME RE PT 1-16-04.DOC