UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MACGREGOR ROBINSON, ET AL.        : | |
| : | |
|     VS.                                                  : | CASE NO. 3:03CV950 (PCD) |
| : | |
| BELMORE H. BROWNE, ET AL.        : | |

**ENDORSEMENT ORDER**

The Motion for Enlargement of Mediation Period, for Extension of Scheduling Order and to Postpone Settlement/Status Conference, document no. 20, is GRANTED IN PART. The conference is rescheduled to Friday, March 12, 2004, 10:00 a.m. with PJO Schancupp, as the parties would thus have ample time to settle.

SO ORDERED. Dated at New Haven, Connecticut, this 28th day of January, 2004.

                                            /s/
                                       Peter C. Dorsey, U.S. District Judge
                                       United States District Court