FILED

Mar 3  3 17 PM '04

US DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MACGREGOR ROBINSON AND | : | |
| GUY PETERSON, Co-Executors | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| BELMORE H. BROWNE AND | : | CIVIL ACTION NO. |
| ISABEL BROWNE DRISCOLL | : | 3:03-CV-950 (PCD) |
| | : | |
| Defendants | : | February 27, 2004 |

**APPEARANCE**

The undersigned hereby appears in this case as counsel for the plaintiffs, MacGregor Robinson and Guy Peterson, executors.

_____
Douglas R. Brown
Federal Bar #ct 15373
Brody, Wilkinson and Ober, P.C.
2507 Post Road
Southport, CT 06890
203-319-7100
dbrown@brodywilk.com

## CERTIFICTION OF SERVICE

A copy of the foregoing appearance was served by first class mail on February 27, 2004 to all counsel of records as set forth below:

Robert W. Lynch, Esq.
Eric P. Smith, Esq.
Lynch Traub, Keefe and Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

_____
Douglas R. Brown

H:\A\Robinson.H\Lit\appearance.drb.doc