FILED
Mar 23  9 34 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MACGREGOR ROBINSON AND | : | |
| GUY PETERSON, Co-Executors | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| BELMORE H. BROWNE AND | : | CIVIL ACTION NO. |
| ISABEL BROWNE DRISCOLL | : | 3:03-CV-950 (PCD) |
| | : | |
| Defendants | : | March 22, 2004 |

## MOTION TO POSTPONE SETTLEMENT/STATUS CONFERENCE

With the consent of the defendants, the plaintiffs respectfully move that the court postpone the March 26, 2004 status/settlement conference for a short time. When this date was agreed to by counsel on March 12, 2004, the undersigned counsel was unaware that MacGregor Robinson had scheduled a trip to California on March 24, 2004, and counsel just became aware of that fact today.

Respectfully submitted,
The Plaintiff

*Barbara S. Miller* (signature)
Barbara S. Miller
Federal Bar #ct 07178
Brody, Wilkinson and Ober, P.C.
2507 Post Road
Southport, CT 06890
203-319-7100
203-254-1772
bmiller@brodywilk.com

## CERTIFICATION OF SERVICE

A copy of the foregoing appearance was served by first class mail on March 22, 2004 to all counsel of records as set forth below:

Robert W. Lynch, Esq.
Eric P. Smith, Esq.
Lynch Traub, Keefe and Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

*Barbara Miller*
Barbara S. Miller ct 071718

H:\A\Robinson.H\Lit\motion.to.postpone.03-22-04.doc