UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MACGREGOR ROBINSON, ET AL. | : | |
| | : | |
| VS. | : | CASE NO. 3:03CV950 (PCD) |
| | : | |
| BELMORE H. BROWNE, ET AL. | : | |

## ENDORSEMENT ORDER

With PJO Schancupp's consent, the Motion to Postpone Settlement/Status Conference, document no. 23, is GRANTED. The conference is rescheduled to Friday, April 2, 2004, 10:00 a.m. with PJO Schancupp. Parties are ordered to be present.

SO ORDERED. Dated at New Haven, Connecticut, this 25th day of March, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court