FILED
Apr 7  1 01 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MACGREGOR ROBINSON and GUY PETERSON, co-executors, : : : : | |
| Plaintiffs, : : | CIVIL ACTION NO. 3:03-CV-950 (PCD) |
| V. : : | |
| BELMORE H. BROWNE and ISABEL BROWNE DRISCOLL, : : : | |
| Defendants. : | APRIL 5, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiffs, MACGREGOR ROBINSON and GUY PETERSON, co-executors of the estate of Hugh Robinson, hereby stipulate to dismissal of all claims asserted by them against the defendants, Belmore H. Browne and Isabel Browne Driscoll, **with prejudice.**

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, the counterclaim plaintiffs, BELMORE H. BROWNE and ISABEL BROWNE DRISCOLL, hereby stipulate to dismissal of all

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

-1-

counterclaims asserted by them against the counterclaim defendants, MacGregor Robinson and Guy Peterson, co-executors of the estate of Hugh Robinson, **with prejudice**.

    Respectfully submitted,

    THE PLAINTIFFS/COUNTERCLAIM
    DEFENDANTS,

BY: _____
    Barbara Miller, Esq.
    Brophy, Wilkinson & Ober
    Ct07178


    THE DEFENDANTS/COUNTERCLAIM
    PLAINTIFFS,

BY: _____
    ERIC P. SMITH, ESQ.
    Lynch, Traub, Keefe & Errante PC
    Ct16141

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

-2-

CERTIFICATION OF SERVICE

A copy of the foregoing motion was served by first class mail, postage prepaid, on April 5, 2004 to all counsel of record as follows:

Barbara S. Miller, Esq.
Brophy, Wilkinson & Ober
2507 Post Road
Southport, CT 06490

_____
Eric P. Smith ct16141

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

-3-

## LYNCH, TRAUB, KEEFE AND ERRANTE
### A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELLORS AT LAW

** HUGH F. KEEFE
† STEVEN J. ERRANTE
°° JOHN J. KEEFE, JR.
* DONN A. SWIFT
   CHARLES E. TIERNAN III
   ROBERT W. LYNCH
   RICHARD W. LYNCH
† TIMOTHY P. POTHIN
   ERIC P. SMITH
   NICOLE M. FOURNIER
   LOUIS M. RUBANO
† MARISA A. BELLAIR
£ NANCY A. FITZPATRICK
* STEPHEN I. TRAUB, OF COUNSEL
° WILLIAM C. LYNCH, RETIRED

52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

PHONE:     (203) 787-0275
FAX:       (203) 782-0278
E-MAIL:    LAWYERS@LTKE.COM
INTERNET:  HTTP://WWW.LTKE.COM

* BOARD CERTIFIED CIVIL TRIAL LAWYER
°° BOARD CERTIFIED CRIMINAL TRIAL LAWYER
** BOARD CERTIFIED CIVIL AND
   CRIMINAL TRIAL LAWYER
† ALSO ADMITTED IN NEW YORK
° ALSO ADMITTED IN DISTRICT OF COLUMBIA
£ ALSO ADMITTED IN FLORIDA

April 5, 2004

Barbara S. Miller, Esq.
Brophy, Wilkinson & Ober
2507 Post Road
Southport, CT 06490

Re:   *Robinson, et al vs. Browne, et al*
      Case Number: 3:03 CV 950 (PCD)

Dear Barbara:

Based on our conference with Judge Dorsey, it is my understanding that the court will dismiss the complaint and counterclaim in this matter with prejudice pursuant to our Stipulation of Dismissal subject to the ability any party to reopen the case to enforce the parties' settlement agreement. Furthermore, the court will retain jurisdiction over this matter pending probate court approval of the parties' settlement agreement. If this letter correctly reflects your understanding, please so indicate below and submit this original signed copy of the letter to Judge Dorsey along with the fully executed Stipulation of Dismissal.

Thank you for your cooperation in resolving this matter.

Very truly yours,

Eric P. Smith

Accepted and agreed to:

Barbara Miller

cc:   Hon. Peter C. Dorsey, U.S. District Judge

W:\20000-20499\20120 H. Browne\001 Robinson v. Browne\Letter to Atty Miller 4-5-04.doc