UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

APR 7  1 01 PM '04

U.S DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| HUGH ROBINSON,<br>　　Plaintiff, | : <br> : <br> : |
| -vs- | : Civ. No. 3:03cv950 (PCD) |
| BELMORE H. BROWNE and<br>　　ISABEL BROWNE DRISCOLL,<br>　　Defendants. | : <br> : <br> : <br> : |

**ENDORSEMENT ORDER ON STIPULATION OF DISMISSAL**

The parties' stipulation of dismissal with prejudice is hereby is adopted with the terms set forth by the parties in the April 5, 2004 stipulation of dismissal and letter signed by both parties.

SO ORDERED.

Dated at New Haven, Connecticut, April 7, 2004.

　　　　　　　　　　　　　　　　　　　　　Peter C. Dorsey
　　　　　　　　　　　　　　　　　　　　　United States District Judge